```
Victor Martinez                              FILED
A# 30-700-636 / P4
SP Processing Center                         2006 OCT 17  AM 8:23
2001 S. Seaside Ave.
San Pedro, Ca. 90731                         CLERK US DISTRICT COURT
           In Pro Se                         SOUTHERN DISTRICT OF CALIFORNIA

                                             BY_____RM_____DEPUTY
```

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA.
CASE No: 05-CV-1307

Victor Martinez
   (petitioner)

v.                                    Motion to Withdraw -JM

Alberto Gonzales, et al
   (respondents)

Petitioner Victor Martinez, herein through this motion requests that this court withdraws his case filed at this court under case number: 05-CV-1307. The court assistance in withdrawing the case is greatly appreciated. Thank you very much.

Date: Sep 25, 2006                    Respoectfully Submitted,

                                      _____Victor Martinez_____
                                      Victor Martinez
                                      Petitioner In Pro Se


                                      IT IS SO ORDERED
                                      DATED 12/16/06

                                      _____Jeffrey T. Miller_____
                                      UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA.

PROOF OF SERVICE

I, Victor Martinez, declare: I am over 18 years of age and a party to this action. I am a resident of San Pedro Processing Center in the county of Los Angeles, California. My address is: Victor Martinez / A# 30-700-636 / P4 / 2001 S. Seaside Avenue.

On September 25, 2006, I served the attached **"Motion to Withdraw"** on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above named facility in which I am presently in custody. The envelopes were addressed as follows:

Office of the Clerk
U.S. District Court
Southern District Court
880 Front St. # 4290
San Diego, Ca. 92101

Office of the
U.S. District Attornyies
Southern District of Ca.
880 Front St. # 6293
San Diego, Ca. 92101

I declare under penalty of perjury under the laws of the Unite States of America that the foregoing is true and correct.

Executed on: Sep 25, 2006

Victor Martinez
A# 30-700-636 / P4
SP Processing Center
2001 S. Seaside Ave.
San Pedro, Ca. 90731
    In Pro Se.